# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| CRUZAN TERRACES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 2008-64 |
| v. ) | |
| ) | |
| JAMES M. SULLIVAN, UNITED ) | |
| STATES MARSHAL FOR THE ) | |
| VIRGIN ISLANDS OF THE ) | |
| UNITED STATES ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **ORDER**

FINCH, J.

      THIS MATTER comes before the Court on a Request for a Court Order that the United States Marshal release the Certificate of Redemption to the designated agent of Plaintiff, Cruzan Terraces, Inc. A stipulation of the parties was filed on August 6, 2008 (Docket No. 5). Defendant, the United States Marshals Service, stipulated that Plaintiff, Cruzan Terraces, Inc., did properly and timely redeem the property to wit: 16 BA Estate Coakley Bay in accordance with the provisions of 5 V.I.C. §§ 496 and 498(2). After careful consideration and it appearing to the Court that Defendant is satisfied that Plaintiff has met its obligations in the redemption of the property, it is hereby,

      **ORDERED** that the United States Marshal shall immediately release the Certificate of Redemption to Plaintiff or its designated agent.

ENTERED this 12th day of August, 2008.

                                                  /s/
                                      **HONORABLE RAYMOND L. FINCH**
                                      **U.S. DISTRICT JUDGE**